HOTT, Respondent, vs. WEST ALLIS IRON WORKS, Appellant.

*May 4—June 1, 1915.*

*Master and servant: Action for services.*

In an action to recover for services, a judgment for plaintiff in the civil court, affirmed by the circuit court, is *held* to be sustained by the evidence.

APPEAL from a judgment of the circuit court for Milwaukee county: W. J. TURNER, Circuit Judge.   *Affirmed.*

*F. C. Weed,* for the appellant.

For the respondent there was a brief by *Thomas A. Manning,* attorney, and *Wheeler & Witte,* of counsel, and oral argument by *Mr. Manning.*

KERWIN, J.   This action was commenced in the civil court of Milwaukee county to recover for services performed by plaintiff for defendant, and judgment was entered in favor of the plaintiff for $58.35, which judgment on appeal to the circuit court was affirmed.

The court below rendered a decision in writing holding that the evidence was sufficient to support the decision of the civil court and that the conclusions arrived at by the civil court were correct, and affirmed its judgment.   We agree with the court below and think the judgment should be affirmed.

*By the Court.*—Judgment affirmed.